# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JOE HAND PROMOTIONS, INC.,**
        Plaintiff,

v.                                Case No. 13-C-1301

**LOVE GOAT, LLC, et al.,**
        Defendants.

---

## ORDER

Upon consideration of the plaintiff's motion to reopen this case, which the defendants have not opposed, **IT IS ORDERED** that the motion is **GRANTED** and this case is **REOPENED**.

**IT IS FURTHER ORDERED** that a telephonic status conference will be held on **November 24, 2014 at 11:00 a.m.** for the purpose of scheduling further proceedings.

Dated at Milwaukee, Wisconsin, this 12th day of November, 2014.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge